# IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND

Ms. Shaunté Anne Lévy, Female Prisoner  
D.O.B. 10/3/60. PRO SE.  
North Branch Correctional  
Institution. 14100 McMullen  
Highway, SW. Cumberland  
Maryland 21502  
  Plaintiff.

v.

Maryland Division of  
Correction is a Statuory  
entity. 6776 Reistertown Road  
Baltimore, Maryland 21215

Jeff Nines, Acting Warden  
is sued in his individual and  
Official Capacities. North  
Branch Correctional Institution  
14100 McMullen Highway, SW.  
Cumberland, Maryland 21502

Western Correctional Institution  
13800 McMillan Highway  
Cumberland, Maryland 21502  
Defendent is sued in individual  
and official Capacities.

\*

COMPLAINT DEMAND DAMAGES § 42 U.S.C. 1983

COUNT ONE. First Amendment  
COUNT TWO. Equal Protection  
COUNT THREE. Gender Motivated Violence Act § 42 U.S.C.S. 13981

JURY DEMAND

FILED ___ ENTERED  
LOGGED ___ RECEIVED

NOV 17 2020

AT BALTIMORE  
CLERK, U.S. DISTRICT COURT  
DISTRICT OF MARYLAND

BY _____ DEPUTY

Case No:# _____

Related Case Affidavit No:#  
8:20-cv-00760-TDC

Page 1.

Continue from Page(1).

John P. Galley, who is  \*
Executive Director for North \*
Region Division of Correction \*
18601 Roxbury Road. \*
Hagerstown, Maryland 21746, \*
Defendant is sued in his \*
individual and official Capacities. \*

\*

Wayne Hill, who is Commissioner \*
of Correction. 6776 Reisterstown \*
Road. Suite #310. \*
Baltimore, Maryland 21215 \*
Defendant is sued in his individual \*
and official Capacities. \*
and, \*
DOES #1-11 are unnamed \*
agents. \*

          Defendants. \*

\* \* \* \* \* \* \* \* \*

## A. JURISDICTION & VENUE

1. This a Civil action authorized by 42 U.S.U. Section 1983 to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3) Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure, and the Gender Motivated Violence Act, 42 U.S.C.S. § 13981 (c)(d)(1).

2. The United States District Court For District of Maryland (Greenbelt) Suite #260, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## B. PLAINTIFF

3. Plaintiff, Ms. Shawnte' Anne Lévy, female prisoner, legally female citizen of the United States, is and was at all time mentioned herein a female prisoner of the State of Maryland in the custody of the Maryland Department of Public Safety and Correctional Services Operations Management Division of Correction. She is concurrently assigned to North Branch Correctional Institution. 14100 McMullen Highway, SW. Cumberland, Maryland 21502.

Page 3.

C. PREVIOUS LAWSUITS

4.

(yes): Lévy V. Wexford Health Sources, INC. et al.
Courthouse: United States District Court (Greenbelt) Maryland
Case: 8:14-CV-03678-TDC
Date Filed: 11/20/2014
Assigned Judge: Theodore Chuang
Disposition: MOOT

FILED ___ ENTERED
LOGGED ___ RECEIVED
NOV 17 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

D. PENDING LAWSUITS

* Lévy V. Robert L. Green, et al.
Courthouse: United States District Court (Greenbelt) Maryland
Case: 8:18-CV-01291-TDC
Date Filed: 10/11/2019
Assigned Judge: Theodore Chuang
Disposition: ORDER for Defendant to respond in sixty days.

* Lévy V. Corizon Healthcare, INC.
Courthouse: United States District Court (Greenbelt) Maryland
Date Filed: 3/16/2020
Case 8:20-CV-00760-TDC
Assigned Judge: Theodore Chuang
Disposition: Motion of Declaration for Entry of Default has been enter against Corizon Healthcare.

CONTINUE Next Page.   Page 4.

Continues from Page 4.

# PENDING LAWSUITS

* **Lévy V. Maryland Governor Larry Hogan, et al.**

Courthouse: United States District Court (Greenbelt) Maryland
Case: 8:20-cv-01905-TDC
Date Filed: 7/30/2020
Assigned Judge: Theodore Chuang
Disposition: Case Management Order has been enter by Judge Theodore Chuang.

* **Lévy V. State of Maryland**

Courthouse: Howard County Circuit Court for Ellicott City Maryland.
Case: 13-K-10-050813
Date Filed: 7/27/2020
Assigned Judge: PENDING (Judge Mary. K.) (Ruling)
Type: Motion to issue an amended Commitment Record ORDER Reflecting Petitioner's Lévys Legal Sex Female. (Ruling: September 15, 2020. Court stated it lacks jurisdiction to enter order)

# E. ADMINISTRATIVE PROCEEDINGS
(yes)

5. Plaintiff/Grievant Ms. Shawnté Anne Lévy did file the required grievance (Page Number #ID.0088166) filed on July 15, 2020. North Branch Correctional Institution administration did <u>NOT</u> !! respond... or (PREA) coordinator for North Branch Correctional Institution as required by policy "<u>COPS.020.0027</u>" and Assessment for Risk of Sexual Victimization and Abusiveness policy "<u>OSPS.200.0005</u>".

Page 5.

6. ON 7/14/2020 Approximately 9:00 am Plaintiff outgoing Certified Mail #7019-0700-0000-3645-2569 contents within the envelope addressed to Cumberland, Maryland Office of Social Security Administration was "Alter, Tamper With" Removal of female inmate Shawnte' Anne Lévy's Original Birth Certificate. Upon information and belief, Joint Mailroom Personal Operations from Western Correctional Institution. 13800 McMillan Highway. Cumberland. Marylan 21502 & North Branch Correctional Institution 14100 McMullen Highway, SW. Cumberland, Maryland 21502 both institution share the same inmate Mailroom at the same Operational time is responsible "altering, tampering with her Mail."

7. ON 7/14/2020 Sameday, Maryland Department of Public Safety and Correctional Services employee Mr. Gary Sindy a Case Manager from Housing Unit #2 Special Needs Mental Health Unit #2C at North Branch Correctional Institution. Mr. Sindy stated to Plaintiff Shawnte' Anne Lévy that he found her Original Birth Certificate inside his Case Management Institutional Mailbag, Mr. Gary Sindy came from housing Unit #2 across the compound to housing Unit #1 Ultramax Special Housing Administrative Segregation, Lock-up, Behavioral and former Death Row building. Female inmate Shawnte' Anne Lévy who is housed in 1-D-61 She Shaken with fear as Mr. Gary Sindy sled her birth certificate through the Cell door, being recorded on Security Motion Camera system Mounted outside of female inmate Shawnte' Anne Lévy Cell.

Page 6.

8. Defendant Wayne Hill, Commissioner of Division of Correction for State of Maryland, he is legally responsible for the Overall Operation of Western Correctional Institution & North Branch Correctional Institution under his jurisdiction where plaintiff is Confined. Defendant Wayne Hill were deliberately indifferent to female Shawnte' Anne Lévy Safety as female, deprived her of her right to freedom of lawful communication and equal protection under the laws allowing her Certified fedreal Mail to be alter, tamper with to Conseal Shawnte' Anne Lévy legal Sex female.

9. Defendant Jeff Nines Acting Warden is legally responsible for the Operation of North Branch Correctional Institution and for the welfare of all the inmates in the prison. Through a pattern, policy or custom (DOC-NBCI) was the moving force behind deprivation of plaintiff Constitutional rights and sexual victimization by illegally removing her birth Certificate from Certified fedreal Mail, Consealling her sex female.

10. Defendant John P. Galley, Executive Director for North Regional Division of Correction for State of Maryland he is legally responsible for Overall Operation of Roxbury Correctional Institution, Maryland Correctional Training Center, Maryland Correctional Hagerstown, Western Correctional Institution, North Branch Correctional Institution under his jurisdiction where plaintiff Shawnte' Anne Lévy female inmate is Confined Defendant John P. Galley were deliberately indifferent to Shawnte' Anne Lévy Safety as female inmate by failure to recognize her United States Citizenship and provide equal protection of law, by policies, Customs and laws to provide plaintiff equal treatment provided to all female inmates in Maryland female Correctional Custody, John P. Galley failure to Supervise Acting Warden...

Page 7.

... Jeff Nines (with legal female inmate Shauntté Anne Lévy in his custody, resulting in ongoing deliberate indifferent against her safety and sexual victimization.

11.  Does 1-11 are unnamed agents, employees, contractors, of Western Correctional Institution that participated in concert to the illegal decision to open up and remove plaintiff birth certificate from outgoing Certified federal Mail addressed to Office of Social Security Administration. Denying Plaintiff to be correctly identified in government records as legal female United States Citizen.

G.  LEGAL CLAIMS

COUNT ONE

VIOLATION OF 42 U.S.C. § 1983 BASE UPON DEPRIVATION OF FIRST AMENDMENT RIGHTS RESULTING FROM ALTERING TAMPERING WITH CERTIFIED MAIL

12.  Plaintiff reallege and incorporate by reference paragraphs (1) through (11) as if fully set forth herein.

13.  Plaintiff sent out Certified Mail No# 7019·0700·0000·3645·2569 addressed to office of Social Security Administration, enclosed her original Birth Certificate to correct or update governmental Social Security records and database, to correctly identifying her sex female and legal female citizenship of the United States.

Page 8.

14. Each Defendant acting in his/her Official Capacities and individual Capacities and under Color of State laws and remains deliberately indifferent to Plaintiff's safety and sexual victimization to illegally alter, tamper with outgoing Certified Mail, Consealling her sex female. Each Defendant knew of Plaintiff's Sex female and disregarded Plaintiff's rights and failed intentionly to take any reasonable measures to address Plaintiff's rights to communicate to the government to protect herself from harm resulting from gender Motivate violence.

15. Defendants continued denial of freedom of communication lawfully. The denial of rights to communicate to protect her self also unreasonably and recklessly places Plaintiff at increased risk of psychological traumatization and Sexual victimization.

16. By failing to provide equal protection of laws, each Defendant have deprived Plaintiff of her rights to freedom of communication and lawful use of Certified Mail guaranteed by the First Amendment to the United States Constitution. And Maryland Constitution Article 46. Equality of rights under law shall not be abridged or denied because of Sex.

H. COUNT TWO
VIOLATION OF 42 U.S.C. § 1983 BASED UPON DEPRIVATION OF FOURTEENTH AMENDMENT RIGHT TO EQUAL PROTECTION BY ALTERING TAMPERING WITH CERTIFIED MAIL ON THE BASIS OF FEMALE SEX.

17. Plaintiff repeats and realleges the allegations of Paragraphs (1) through (16) as if fully set forth herein.


Case 8:20-cv-03329-TDC Document 1 Filed 11/17/20 Page 10 of 15

18. Maryland COMAR laws 11.17.21.04. Source Documents for of Age, Name, Identity, and Residence. Plaintiff establish proof She is legal female citizen of the United States, born in the State of Maryland guaranteed by Fourteen Amendment rights to equal protection of law. Maryland Constitution Article 46. Provide Equality of rights under the law shall not be abridged or denied because of sex.

19. The federal and State governments require by law that each citizen be correctly identified by Name, Sex, birthdate, in the office of Social Security Administration records and databases. Western Correctional Institution Mailroom Personal, through a pattern custom or policy to categorially violate the Constitution or a federal Statue in concert with North Branch Correctional Institution Mailroom Personal by opening outgoing Certified Mail and removing Plaintiff birth Certificate that would correctly identify her sex female in records, database at Social Security Administration - Cumberland Maryland.

20. Each unnamed Mailroom personal in concert falsified Plaintiff Certified Mail records No: #7019·0700·0000·3645·2569, and Alter, Tamper with the contents of Plaintiff outgoing Certified Mail, then resealing her Certified Mail.

21. Criminality and Constitutional violations or a federal Statue, and the difference in treatment between Plaintiff Sex female and Women does not further any important government interest in a way that is substantially related to that interest, nor is it rationally relate to any legitimate government interest.

page 10

22. By failing to provide equal protection of Certified Mail Services to Plaintiff while concurrently incarcerated, Defendants have deprived Plaintiff of her rights to equal protection of law guaranteed by the Fourteenth Amendment to United States Constitution.

## I. COUNT THREE
### VIOLATION OF 42 U.S.C. § 1983 BASED UPON DEPRIVATION OF FOURTEENTH AMENDMENT RIGHT TO EQUAL PROTECTION UNDER VICTIM OF 42 U.S.C.S. § 13981 GENDER MOTIVATED VIOLENCE ACT

23. Plaintiff repeats and realleges the allegations of Paragraphs (1) through (22) as if fully set forth herein.

24. Defendants, DOC, animus attack against Plaintiff Sex because she is female, by placing onerous, significant Certified Mail barriers hindering her from protecting her self through Correcting Update Social Security Administration records, database that will correctly identify her, which is provided to similarly situated female citizen. Plaintiff is a victim of sex crime of violence.

25. The Violence Against Women Act provide federal Civil rights cause of action for victims of gender motivated violence "Defined" by the Act as crimes of violence committed because of gender or on the basis of gender, and due, at least in part, to an animus based on the victims gender. 42 U.S.C.S. § 13981(c). Each Defendant intentionally Sexually victimize Plaintiff through a pattern, custom, or policy by illegally altering, tampering with her Certified Mail removing her birth Certificate that identified Plaintiff legal Sex female Defendants then resealed the outgoing Certified Mail address to Social Security Administration.

page 11.

26. Defendants victimization of Plaintiff, intentionally, wilfully in concert conseal her legal sex female from government agency Social Security Administration, causing Plaintiff irreparable harm, including severe anxiety, mental distress, and this sexual victimization further encourage the mistreatment, discrimination, perpetually not classified to low security level, in other contexts against Plaintiff and by Mailroom personal. The statute states further all persons within the United States shall have the right to be free from crimes of violence motivated by Gender, and specifically includes <u>Prison officials</u> and others acting under color of state law within its reach. 42 U.S.C.S. § 13981 (b), (c).

27. By failing to provide safety for female inmate, Secure Certified Mail Services while incarcerated, Defendants have deprived Plaintiff of her equal protection, and further encourage a pattern of behaviour, custom of gender motivated violence acts against Plaintiff, deprived her rights to the laws guaranteed by the Fourteenth Amendment to the United States Constitution, and by statute Gender Motivated Violence Act.

J. <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff prays for judgment against Defendants Maryland Division of Correction, Jeff Nines, John P. Galley, Wayne Hill, Western Correctional Institution, and Does 1-11 as follows:

28. Plaintiff seeks compensatory damages in the amount of $ <u>125,000</u>, jointly against each defendant. Callous indifference to plaintiff's constitutional rights and state rights, defendant exposed her to serious psychological harm motivated by gender, violence against women.

page 12.

29. Plaintiff seeks Punitive damages in the amount of $ 17,000 against each defendant, for, Reckless and Callous indefference, against Mental health of female patient Ms. Shawnté Anne Lévy, and in dangering the life of female inmate Ms. Shawnté Anne Lévy attacks Motivated by hate, deliberate State of Mind by the defendants to conseal her sex female.

30. UPON This court SEAL, Plaintiff will DONATE $ 3,000 of the $ 17,000 to a Womens Mother daughter, girls Homeless COVID-19 Shelter, Money to provide for female hygiene. This court Plaintiff ask to keep Name of Homeless Shelter UNDER SEAL only known to this court, as this Court will Make the DONATION of its choice to female Shelter, Plaintiff ask that her Name be kept under SEAL of the donation to the Homeless COVID-19 female Shelter Management, and

31. Enter injunctive order Serve on the office of the Social Security Administration - Cumberland, Maryland. Directing to Compel Social Security Administration to Change, Update its records and database to reflect Ms. Shawnté Anne Lévy legal sex female.

32. A jury trial demand on all issue triable by jury; and,

33. Award reasonable attorney fees and Cost to plaintiff pursuant to 42 U.S.C. § 1988; and

34. Such other relief as the Court finds appropriate in the interest of just.

Respectfully,

#416389-244247, Plaintiff, PRO SE, Ms. Shawnté Anne Lévy
North Branch Correctional Institution
14100 McMullen Highway, S.W. Cumberland, Maryland 21502
Date: September 29th, 2020

Page 13.

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I Certify under penalty of perjury that the foregoing is true and correct.

Executed at Cumberland, Allegany County Maryland (Date): September 29th, 2020
Female Prisoner. Ms. Shawnte' Anne Lévy
#416369-244297.

L. ## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2020 A TRUE & CORRECT COPY of SUMMONS, Affidavit in support of Ms. Shawnte' Anne Lévy Complaint, Account Statement, Ms. Shawnte' Anne Lévy Complaint, Face page, Cover Page to ACLU, Motion and Affidavit to proceed in forma Pauperis, WERE SERVED via, Certified Mail No:# 7017-0190-0000-2594-8289., USPS TRACKING No:# 9590-9402-4467-8248-0550-25, Postage Prepaid on:

※ Deputy Clerk Office for United States District Court for District of Maryland (Greenbelt)
Suite:# 260
6500 Cherrywood Lane. Greenbelt, Maryland 20770

State of Maryland Office of Attorney General. 200 Saint Paul Place, 19th Floor Baltimore, Maryland 21202.
Certified Mail No: 7019-0700-0000-3551-1977.
USPS TRACKING NO: 9590-9402-4467-8248-0560-39.

Continue Next page.

Continue from Page 14.

M. CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 29th day of September 2020. A TRUE & CORRECT COPY of Affidavit Support Ms. Shawnte-Anne Levy Complaint, Ms. Shawnte' Anne Levy Complaint, face Page, Cover Page to ACLU, SUMMONS, WERE SERVED via, Certified Mail No: 7018-3090-0001-1878-6690., USPS TRACKING NO: #9590-9402-4467-8248-0550-87, Postage Prepaid on:

* American Civil Liberties Union National Prison Project. 915 15th St. NW, 7th Floor Washington, DC 20005

Respectfully Submitted By, Plaintiff/PRO SE. Ms. Shawnte'Anne Levy #416369-24424., North Branch Correctional Institution. 14100 McMullen Highway, SW. Cumberland, Maryland 21502

Date: September 29th, 2020.