IN THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND

Ms. Shawnte' Anne Lévy
Female Prisoner. #416369-244247.
D.O.B. 10/3/60. PRO SE.
North Branch Correctional
Institution. 14100 McMullen High
Way, SW. Cumberland
Maryland 21502
   Plaintiff/Affiant

V.

Maryland Division of
Correction. 6776 Reisterstown
Road. Baltimore, Maryland
21215
etal,  Defendants.

AFFIDAVIT IN SUPPORT OF SHAWNTE ANNE LEVY COMPLAINT

Civil Case: # _____

Related Case Affidavit No: # 8:20-cv-00760-TDC

N.

I, Ms. Shawnte' Anne Lévy, is the affiant comes before this Court, under Oath, Swears to the truth of the statement made before this Court, to My personal knowledge of the facts, I Swear to tell the whole truth and nothing but the truth so help me GOD.

1. Affiant Ms. Shawnte' Anne Lévy is serving concurrent commitments to Maryland Division of Correction and Maryland Department of Health and Mental Hygiene since 1984.

Page 1.

2. I am legal United States female Citizen, female Citizen of the State of Maryland. I have valid legal binding State of Maryland Birth Certificate that reflect My legal Sex female, Legal Permanent Resident.

3. Western Correctional Institution & North Branch Correctional Institution, have been jointly sharing the Same Mailroom at Western Correctional Institution prior to March 2020 going back to 2013. It is unclear how North Branch Correctional Institution Mailrooms are being operated jointly by both Correctional Institution as of September 2020.

4. On June 2020 Maryland Office of Social Security Administration, Glenn St. Cumberland Maryland. Requested My Original Birth Certificate reflecting My legal Sex female and any other Medical papers reflecting My Sex female (For) the Social Security Administration to Correct, update Security Security records to reflect My legal Sex female.

5. On June 25, 2020 I, Ms. Shawnte Anne Lévy, the affiant, Sent out Certified Mail No: #7019·0700·0000·3645·2569, to office of Social Security Administration - Cumberland, enclosed in the Certified Mail all requested information.

6. On June 26, 2020 I received USPS Completion of Delivery Receipt No# 9590·9402·1450·5329·3201·87. To office of Social Security Administration - Cumberland Maryland.

7. ON July 14, 2020 Mr. Gary Sindy found My Original Birth Certificate NO: *1960-30-28351, inside his institutional Case Management Mailbag, Mr. Gary Sindy who is a Case Manager for Special Needs Unit Mental health Wing (HU2C), immediately he came to the UltraMax Special Housing, Administrative Segregation, Lock-Up, Behavioral, former Death Row Building (HU 1-D-61). Mr. Gary Sindy came to My room (1-D-61) he gave Me, My birth Certificate back, that was immediately recorded by Security System Cameras outside of My Cell door. Mr. Sindy stated that he was just returning from vacation that Morning.

8. ON July 15, 2020 I file an (ARP-Complaint) against WCI/NBCI Mailroom (ARP-Complaint Page Identification Number: *0088166) in the Matter of Altering, Tampering with Certified Mail in violation of federal Statute, in violation of My First Amendment right to Censor Me, and Sexual Victimization of female inmate Me the affiant. North Branch Correctional Institution ARP-Administrators Never responded to me in writing Nor did anyone come to talk to me.

9. I Do Solemnly Declare are Affirm, Under Oath to the Sworn statements above of the foregoing under penalty of perjury the foregoing is true and Correct, to the best of My Knowledge.

Plaintiff/Affiant. MS. Chaunté Anne Levy
#416369-244247.

Date: September 29th, 2020

Page 3.